■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LAWRENCE J. FOX, Admitted in 1970, at a Term of the Appellate Division, Second Department. [751 NYS2d 359] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. [*See* 240 AD2d 106.]